# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 08-32623-DSO |
| | § | |
| BASIL SCHRODER | § | |
| SANDRA SCHRODER | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 06/26/2008. The case was converted to one under Chapter 7 on 03/16/2010. The undersigned trustee was appointed on 03/16/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $13,174.11

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $8,916.58 |
   | Bank service fees | $2.67 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,254.86 |

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/26/2010 and the deadline for filing government claims was 09/26/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,067.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,067.41, for a total compensation of $2,067.41[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2012     By:  /s/ Samuel D. Sweet
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 08-32623-DSO | **Trustee Name:** | | Samuel D. Sweet |
| **Case Name:** | SCHRODER, BASIL AND SCHRODER, SANDRA | **Date Filed (f) or Converted (c):** | | 03/16/2010 (c) |
| **For the Period Ending:** | 1/25/2012 | **§341(a) Meeting Date:** | | 04/26/2010 |
| | | **Claims Bar Date:** | | 08/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Checking account Citizens Bank | $50.00 | $0.00 | DA | $0.00 | FA |
| 2 Savings account Citizens Bank | $150.00 | $0.00 | DA | $0.00 | FA |
| 3 Furniture | $4,350.00 | $0.00 | DA | $0.00 | FA |
| 4 Animal mounts | $300.00 | $0.00 | DA | $0.00 | FA |
| 5 Clothing | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 6 Wedding rings Miscellaneous jewelry | $1,800.00 | $0.00 | DA | $0.00 | FA |
| 7 Digital cameras One firearm Power tools | $600.00 | $0.00 | DA | $0.00 | FA |
| 8 401k | $33,000.00 | $0.00 | DA | $0.00 | FA |
| 9 2006 Ford Mustang GT 25,000 miles Good condition | $18,000.00 | $0.00 | DA | $0.00 | FA |
| 10 1988 32' Searay(engine is blown and boat is not operable-located in North Dakota | $8,900.00 | $2,376.00 | | $11,276.00 | FA |
| 11 One dog | $50.00 | $0.00 | DA | $0.00 | FA |
| 12 Residence: 8198 Kimble Dr., Pinckney, MI 48169 | $271,600.00 | $0.00 | DA | $0.00 | FA |
| 13 Term Life Insurance Policy thru employer | $1.00 | $0.00 | DA | $0.00 | FA |
| 14 Term Life Insurance | $1.00 | $0.00 | DA | $0.00 | FA |
| 15 Estate of Debtor's wife parents still in probate; amount listed is estimated | $20,000.00 | $0.00 | DA | $0.00 | FA |
| 16 2004 Ford F150 | $10,000.00 | $0.00 | DA | $0.00 | FA |
| 17 Misc. fishing equipment (u) | Unknown | $1,898.11 | | $1,898.11 | FA |

**TOTALS (Excluding unknown value)**                      **Gross Value of Remaining Assets**

| | $371,802.00 | $4,274.11 | | $13,174.11 | $0.00 |

**Initial Projected Date Of Final Report (TFR):** 03/16/2012     /s/ SAMUEL D. SWEET
**Current Projected Date Of Final Report (TFR):** 06/30/2012     SAMUEL D. SWEET

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-32623-DSO | |
| **Case Name:** | SCHRODER, BASIL AND SCHRODER, SANDRA | |
| **Primary Taxpayer ID #:** | ******3950 | |
| **Co-Debtor Taxpayer ID #:** | ******3951 | |
| **For Period Beginning:** | 6/26/2008 | |
| **For Period Ending:** | 1/25/2012 | |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0271 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2011 | (17) | Repocast | sale of misc. fishing equipment p/o 10/25/2011 | 1229-000 | $1,898.11 | | $1,898.11 |
| 12/22/2011 | (10) | Repocast | sale of boat p/o 10/25/2011 | 1129-000 | $11,276.00 | | $13,174.11 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.67 | $13,171.44 |
| 01/24/2012 | 5001 | Century Asset Management, Inc. | Appraiser for Trustee Fees p/o 1/23/2012 | 3711-000 | | $600.00 | $12,571.44 |
| 01/24/2012 | 5002 | Beadle Smith, PLC | Attorney for Trustee Fees p/o 1/23/2012 | 3210-000 | | $5,269.65 | $7,301.79 |
| 01/24/2012 | 5003 | Beadle Smith, PLC | Attorney for Trustee Expenses p/o 1/23/12 | 3220-000 | | $624.52 | $6,677.27 |
| 01/25/2012 | 5004 | Repocast | Auctioneer for Trustee p/o 1/17/2012 | 3610-000 | | $1,317.41 | $5,359.86 |
| 01/25/2012 | 5005 | Repocast | Auctioneer for Trustee Expenses p/o 1/17/2012 | 3620-000 | | $1,105.00 | $4,254.86 |
| | | | **TOTALS:** | | $13,174.11 | $8,919.25 | $4,254.86 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,174.11 | $8,919.25 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13,174.11 | $8,919.25 | |

| For the period of 6/26/2008 to 1/25/2012 | | For the entire history of the account between 11/28/2011 to 1/25/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,174.11 | Total Compensable Receipts: | $13,174.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,174.11 | Total Comp/Non Comp Receipts: | $13,174.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,919.25 | Total Compensable Disbursements: | $8,919.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,919.25 | Total Comp/Non Comp Disbursements: | $8,919.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  |
|---|---|---|---|
| **Case No.** | 08-32623-DSO | **Trustee Name:** | Samuel D. Sweet |
| **Case Name:** | SCHRODER, BASIL AND SCHRODER, SANDRA | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******3950 | **Checking Acct #:** | ******0271 |
| **Co-Debtor Taxpayer ID #:** | ******3951 | **Account Title:** | |
| **For Period Beginning:** | 6/26/2008 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 1/25/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $13,174.11 | $8,919.25 | $4,254.86 |

**For the period of 6/26/2008 to 1/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,174.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,174.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,919.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,919.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/16/2010 to 1/25/2012**

| | |
|---|---|
| Total Compensable Receipts: | $13,174.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,174.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,919.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,919.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 08-32623-DSO | | | | | | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | | | | | | | Date: | 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | SAMUEL D. SWEET<br><br>P. O. Box 757<br>Ortonville MI 48462-0757 | Trustee Compensation | Allowed | 2100-000 | $2,067.41 | $0.00 | $0.00 | $0.00 | $2,067.41 |
| 1 | ECAST SETTLEMENT CORPORATION<br><br>POB 35480<br>Newark NJ 071935480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $800.30 | $0.00 | $0.00 | $0.00 | $800.30 |
| **Claim Notes:** | $19.69 was paid to the creditor during chapter 13 | | | | | | | | |
| 2 | DISCOVER BANK/DFS SERVICES LLC<br><br>PO Box 3025<br>New Albany OH 430543025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,424.27 | $0.00 | $0.00 | $0.00 | $4,424.27 |
| **Claim Notes:** | $108.88 was paid to creditor during chapter 13 | | | | | | | | |
| 3 | IRS<br><br>P.O. Box 21126<br>Philadelphia PA 191140326 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $15.23 | $0.00 | $0.00 | $0.00 | $15.23 |
| 3a | IRS<br><br>P.O. Box 21126<br>Philadelphia PA 191140326 | Claims of Governmental Units | Allowed | 5800-000 | $769.48 | $0.00 | $0.00 | $0.00 | $769.48 |
| 4 | ROUNDUP FUNDING, LLC<br><br>MS 550<br>PO Box 91121<br>Seattle WA 981119221 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $158.19 | $0.00 | $0.00 | $0.00 | $158.19 |
| **Claim Notes:** | $3089 was paid to the creditor during the chapter 13 | | | | | | | | |
| 5 | COUNTRYWIDE HOME LOANS<br><br>7105 Corporate Drive<br>PTX-B-209<br>Plano TX 75024 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Not allowing as we did not administer this property | | | | | | | | |

| Case No.: | 08-32623-DSO | | | | | | | | Trustee Name: | Samuel D. Sweet |
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | | | | | | | | Date: | 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | DETROIT EDISON CREDIT UNION<br><br>660 Plaza Dr. Ste. 2155<br>Detroit MI 48226 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,979.23 | $0.00 | $0.00 | $0.00 | $4,979.23 |
| **Claim Notes:** | $122.54 was paid during chapter 13 | | | | | | | | |
| 7 | DETROIT EDISON CREDIT UNION<br><br>660 Plaza Dr. Ste. 2155<br>Detroit MI 48226 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,184.57 | $0.00 | $0.00 | $0.00 | $1,184.57 |
| **Claim Notes:** | $29.15 paid to creditor during chapter 13 | | | | | | | | |
| 8 | MOTOR CITY CO-OP CREDIT UNION<br><br>37321 Garfield<br>Clinton Township MI 48036 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Not allowing, as we did not administer this property | | | | | | | | |
| 9 | COUNTRYWIDE HOME LOANS, INC.<br><br>Bankruptcy Department<br>7105 Corporate Drive<br>Mail Stop PTX-C-35<br>Plano TX 75024 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Did not administer property | | | | | | | | |
| 10 | COUNTRYWIDE HOME LOANS<br><br>7105 Corporate Drive<br>PTX-B-209<br>Plano TX 75024 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Did not administer property | | | | | | | | |

| Case No. | 08-32623-DSO | | | | | | | | Trustee Name: Samuel D. Sweet |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | | | | | | | | Date: 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 | FORD MOTOR CREDIT COMPANY LLC <br><br> P.O. Box 537901 <br> Livonia MI 481537901 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Did not administer this property | | | | | | | | |
| 12 | ROUNDUP FUNDING, LLC <br><br> MS 550 <br> PO Box 91121 <br> Seattle WA 981119221 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,990.13 | $0.00 | $0.00 | $0.00 | $1,990.13 |
| **Claim Notes:** | $48.98 was paid to the creditor during the chapter 13 | | | | | | | | |
| 13 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF <br> Capital One Bank <br> POB 35480 <br> Newark NJ 071935480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,310.56 | $0.00 | $0.00 | $0.00 | $6,310.56 |
| **Claim Notes:** | $155.30 was paid to the creditor during the chapter 13 | | | | | | | | |
| 14 | STATE OF MICHIGAN <br><br> Department of Treasury <br> Collections Division <br> Treasury Building <br> Lansing MI 48922 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $439.19 | $0.00 | $0.00 | $0.00 | $439.19 |
| **Claim Notes:** | $10.81 was paid to the creditor in the chapter 13 | | | | | | | | |
| 15 | STATE OF MICHIGAN <br><br> Department of Treasury <br> Collections Division <br> Treasury Building <br> Lansing MI 48922 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $34.89 | $0.00 | $0.00 | $0.00 | $34.89 |
| **Claim Notes:** | 4.86 was paid to the creditor during the chapter 13 | | | | | | | | |
| 16 | STATE OF MICHIGAN <br><br> Department of Treasury <br> Collections Division <br> Treasury Building <br> Lansing MI 48922 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | $727.80 was paid in full in the chapter 13 | | | | | | | | |

| Case No. | 08-32623-DSO | | Trustee Name: Samuel D. Sweet |
|---|---|---|---|
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | | Date: 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 17 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF FIA Card Services aka Bank of America POB 35480 Newark NJ 071935480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,514.51 | $0.00 | $0.00 | $0.00 | $12,514.51 |
| **Claim Notes:** | $307.98 was paid to creditor during chapter 13 | | | | | | | | |
| 18 | ECAST SETTLEMENT CORPORATION C/O Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,799.05 | $0.00 | $0.00 | $0.00 | $1,799.05 |
| **Claim Notes:** | $44.27 was paid to the creditor during the chapter 13 | | | | | | | | |
| 18a | ECAST SETTLEMENT CORPORATION C/O Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson AZ 85712 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Did not administer property | | | | | | | | |
| 19 | ECAST SETTLEMENT CORPORATION C/O Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,196.20 | $0.00 | $0.00 | $0.00 | $3,196.20 |
| **Claim Notes:** | $78.66 was paid to the creditor during the chapter 13 | | | | | | | | |
| 19a | ECAST SETTLEMENT CORPORATION C/O Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson AZ 85712 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Case No. | 08-32623-DSO | | | | | | | | Trustee Name: Samuel D. Sweet |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | | | | | | | | Date: 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 20 | MOTOR CITY CO-OP CREDIT UNION  c/o Butler, Butler & Rowse-Oberle PLLC 24525 Harper Ave. Ste. 2 Clair Shores MI 48080 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $16,100.30 | $0.00 | $0.00 | $0.00 | $16,100.30 |
| **Claim Notes:** | (20-1) DE | | | | | | | | |
| 21 | STATE OF MICHIGAN  Dept. of Treasury/Bankruptcy Dept. P.O. Box 30168 Lansing MI 48909 | Claims of Governmental Units | Allowed | 5800-000 | $1,125.27 | $0.00 | $0.00 | $0.00 | $1,125.27 |
| **Claim Notes:** | (21-1) Taxes for both | | | | | | | | |
| 22 | STATE OF MICHIGAN  Dept. of Treasury/Bankruptcy Dept. P.O. Box 30168 Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $71.55 | $0.00 | $0.00 | $0.00 | $71.55 |
| **Claim Notes:** | (22-1) Taxes for both | | | | | | | | |
| 23 | STATE OF MICHIGAN  Dept. of Treasury/Bankruptcy Dept. P.O. Box 30168 Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 |
| **Claim Notes:** | (23-1) Drivers responsibility fee for Basil only | | | | | | | | |
| 24 | LAKES COMMUNITY CREDIT UNION  c/o Butler, Butler & Rowse-Oberle PLLC 24525 Harper Ave. Ste. 2 Clair Shores MI 48080 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,191.05 | $0.00 | $0.00 | $0.00 | $1,191.05 |
| **Claim Notes:** | (24-1) LINE | | | | | | | | |
| 25 | LAKE TRUST COMMUNITY CREDIT UNION c/o Butler, Butler & Rowse-Oberle PLLC 24525 Harper Ave. Ste. 2 Clair Shores MI 48080 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,173.35 | $0.00 | $0.00 | $0.00 | $5,173.35 |
| **Claim Notes:** | (25-1) VISA | | | | | | | | |

| Case No. | 08-32623-DSO | | | | | | | | Trustee Name: | Samuel D. Sweet |
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | | | | | | | | Date: | 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 26 | LAKE TRUST COMMUNITY CREDIT UNION c/o Butler, Butler & Rowse-Oberle PLLC 24525 Harper Ave. Ste. 2 Clair Shores MI 48080 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Not allowing as duplicate claim of No. 24 | | | | | | | | | |
| 27 | IRS P.O. Box 21126 Philadelphia PA 191140326 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Duplicate claim | | | | | | | | | |
| 27a | IRS P.O. Box 21126 Philadelphia PA 191140326 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Duplicate claim | | | | | | | | | |
| 28 | FORD MOTOR COMPANY Department 55953 PO Box 55000 Detroit MI 482550953 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $9,241.01 | $0.00 | $0.00 | $0.00 | $9,241.01 |
| | | | | | $74,035.74 | $0.00 | $0.00 | $0.00 | $74,035.74 |

| Case No. | 08-32623-DSO | Trustee Name: Samuel D. Sweet |
| Case Name: | SCHRODER, BASIL AND SCHRODER, SANDRA | Date: 1/25/2012 |
| Claims Bar Date: | 08/26/2010 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $3,392.03 | $1,894.75 | $0.00 | $0.00 | $0.00 | $1,894.75 |
| General Unsecured § 726(a)(2) | $62,038.85 | $60,832.57 | $0.00 | $0.00 | $0.00 | $60,832.57 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $23,946.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $495,429.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $9,241.01 | $9,241.01 | $0.00 | $0.00 | $0.00 | $9,241.01 |
| Trustee Compensation | $2,067.41 | $2,067.41 | $0.00 | $0.00 | $0.00 | $2,067.41 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 08-32623-DSO
Case Name: BASIL SCHRODER
SANDRA SCHRODER
Trustee Name: Samuel D. Sweet

Balance on hand: $4,254.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Countrywide Home Loans | $227,038.61 | $0.00 | $0.00 | $0.00 |
| 8 | Motor City Co-Op Credit Union | $23,246.06 | $0.00 | $0.00 | $0.00 |
| 9 | Countrywide Home Loans, Inc. | $28,396.26 | $0.00 | $0.00 | $0.00 |
| 10 | Countrywide Home Loans | $227,038.61 | $0.00 | $0.00 | $0.00 |
| 11 | Ford Motor Credit Company LLC | $12,956.16 | $0.00 | $0.00 | $0.00 |
| 18 | eCAST Settlement Corporation | $200.00 | $0.00 | $0.00 | $0.00 |
| 19 | eCAST Settlement Corporation | $500.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $4,254.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Samuel D. Sweet, Trustee Fees | $2,067.41 | $0.00 | $2,067.41 |

Total to be paid for chapter 7 administrative expenses: $2,067.41
Remaining balance: $2,187.45

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,187.45 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,894.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3a | IRS | $769.48 | $0.00 | $769.48 |
| 21 | State of Michigan | $1,125.27 | $0.00 | $1,125.27 |

| | |
|---|---|
| Total to be paid to priority claims: | $1,894.75 |
| Remaining balance: | $292.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $60,832.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation | $800.30 | $0.00 | $3.85 |
| 2 | Discover Bank/DFS Services LLC | $4,424.27 | $0.00 | $21.29 |
| 3 | IRS | $15.23 | $0.00 | $0.07 |
| 4 | Roundup Funding, LLC | $158.19 | $0.00 | $0.76 |
| 6 | Detroit Edison Credit Union | $4,979.23 | $0.00 | $23.96 |
| 7 | Detroit Edison Credit Union | $1,184.57 | $0.00 | $5.70 |
| 12 | Roundup Funding, LLC | $1,990.13 | $0.00 | $9.58 |
| 13 | eCAST Settlement Corporation assignee of | $6,310.56 | $0.00 | $30.36 |

| | | | | |
|---|---|---|---|---|
| 14 | State of Michigan | $439.19 | $0.00 | $2.11 |
| 15 | State of Michigan | $34.89 | $0.00 | $0.17 |
| 17 | eCAST Settlement Corporation assignee of | $12,514.51 | $0.00 | $60.21 |
| 18 | eCAST Settlement Corporation | $1,799.05 | $0.00 | $8.66 |
| 19 | eCAST Settlement Corporation | $3,196.20 | $0.00 | $15.38 |
| 20 | Motor City Co-op Credit Union | $16,100.30 | $0.00 | $77.47 |
| 22 | State of Michigan | $71.55 | $0.00 | $0.34 |
| 23 | State of Michigan | $450.00 | $0.00 | $2.17 |
| 24 | Lakes Community Credit Union | $1,191.05 | $0.00 | $5.73 |
| 25 | Lake Trust Community Credit Union | $5,173.35 | $0.00 | $24.89 |

Total to be paid to timely general unsecured claims: $292.70
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $9,241.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 28 | Ford Motor Company | $9,241.01 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00