**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| In The Matter Of: | In Bankruptcy: |
|---|---|
| BASIL SCHRODER | Case No. 08-32623-DSO |
| SANDRA SCHRODER | Chapter 7 |
| | Hon. Daniel S. Opperman |
| Debtor(s).        / | |

## CERTIFICATE OF DISTRIBUTION

Samuel D. Sweet, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $13,174.11 and disbursed $8,919.25, leaving a balance on hand of $4,254.86, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Samuel D. Sweet Fee | $2,067.41 | 100.00% | $2,067.41 |
| Per Court Order 2/24/2012 | | | |
| | | **Subtotal:** | **$2,067.41** |

| Priority Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 3 | IRS | $769.48 | 100.00% | $769.48 |
| 21 | State of Michigan | $1,125.27 | 100.00% | $1,125.27 |
| | | | **Subtotal:** | **$1,894.75** |

| Unsecured Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation | $800.30 | 0.48% | $3.85 |
| 2 | Discover Bank/DFS Services LLC | $4,424.27 | 0.48% | $21.29 |
| 3 | IRS | $15.23 | 0.46% | $0.07 |
| 4 | Roundup Funding, LLC | $158.19 | 0.48% | $0.76 |
| 6 | Detroit Edison Credit Union | $4,979.23 | 0.48% | $23.96 |

| # | Creditor | Amount | Rate | Payment |
|---|---|---|---|---|
| 7 | Detroit Edison Credit Union | $1,184.57 | 0.48% | $5.70 |
| 12 | Roundup Funding, LLC | $1,990.13 | 0.48% | $9.58 |
| 13 | eCAST Settlement Corporation assignee of | $6,310.56 | 0.48% | $30.36 |
| 14 | State of Michigan | $439.19 | 0.48% | $2.11 |
| 15 | State of Michigan | $34.89 | 0.49% | $0.17 |
| 17 | eCAST Settlement Corporation assignee of | $12,514.51 | 0.48% | $60.21 |
| 18 | eCAST Settlement Corporation | $1,799.05 | 0.48% | $8.66 |
| 19 | eCAST Settlement Corporation | $3,196.20 | 0.48% | $15.38 |
| 20 | Motor City Co-op Credit Union | $16,100.30 | 0.48% | $77.47 |
| 22 | State of Michigan | $71.55 | 0.48% | $0.34 |
| 23 | State of Michigan | $450.00 | 0.48% | $2.17 |
| 24 | Lakes Community Credit Union | $1,191.05 | 0.48% | $5.73 |
| 25 | Lake Trust Community Credit Union | $5,173.35 | 0.48% | $24.89 |
| | | | **Subtotal:** | **$292.70** |
| | | | **Total:** | **$4,254.86** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: March 6, 2012

/s/ SAMUEL D. SWEET [P48668]
Samuel D. Sweet, Chapter 7 Trustee
P. O. Box 757
Ortonville MI 48462-0757
Phone: (248) 236-0985
E-mail: ssweet@trusteesweet.us