# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

**In The Matter of:**                          **In Bankruptcy:**

BASIL SCHRODER                                 Case No. 08-32623-DSO
SANDRA SCHRODER                                Chapter 7
      Debtor (s)   /       Hon. Daniel S. Opperman

## AMENDED CERTIFICATE OF DISTRIBUTION

Samuel D. Sweet of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. The trustee received funds back from creditors, indicating that they have been paid in full. The trustee is now redistributing these funds to remaining creditors who have not been paid in full.

3. That the Trustee has collected $13,901.91 and disbursed $13,174.11, leaving a balance on hand of $727.80, which funds are deposited in ******0271 an account at Bank of Texas;

4. That of the funds on hand the following redistribution should be made:

**Chapter 7 Admin Expenses:**

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| | Samuel D. Sweet, Trustee Compensation | $2,067.41 | 100.00 | $0.00 |
| | Subtotals: | $2,067.41 | | $0.00 |

**Priority Claims:**

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 21 | State of Michigan | $1,125.27 | 100.00 | $0.00 |
| | Subtotals: | $1,125.27 | | $0.00 |

**Unsecured Claims:**

| Claim # | Name | Amount Allowed | Amount Paid | Remaining Value | % to Pay | Amount to be Paid |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement Corporation | $800.30 | $3.85 | $796.45 | 1.63 | $13.01 |
| 2 | Discover Bank/DFS Services LLC | $4,424.27 | $21.29 | $4,402.98 | 1.63 | $71.98 |
| 3 | IRS | $15.23 | $0.07 | $15.16 | 1.64 | $0.25 |
| 4 | Roundup Funding, LLC | $158.19 | $0.76 | $157.43 | 1.63 | $2.57 |

| # | Creditor | | | | |
|---|---|---|---|---|---|
| 6 | Detroit Edison Credit Union | $4,979.23 | $23.96 | $4,955.27 | 1.63 | $81.01 |
| 7 | Detroit Edison Credit Union | $1,184.57 | $5.70 | $1,178.87 | 1.63 | $19.27 |
| 12 | Roundup Funding, LLC | $1,990.13 | $9.58 | $1,980.55 | 1.63 | $32.38 |
| 13 | eCAST Settlement Corporation assignee of | $6,310.56 | $30.36 | $6,280.20 | 1.63 | $102.68 |
| 14 | State of Michigan | $439.19 | $2.11 | $437.08 | 1.63 | $7.15 |
| 15 | State of Michigan | $34.89 | $0.17 | $34.72 | 1.64 | $0.57 |
| 17 | eCAST Settlement Corporation assignee of | $12,514.51 | $60.21 | $12,454.30 | 1.63 | $203.62 |
| 18 | eCAST Settlement Corporation | $1,799.05 | $8.66 | $1,790.39 | 1.63 | $29.27 |
| 19 | eCAST Settlement Corporation | $3,196.20 | $15.38 | $3,180.82 | 1.63 | $52.00 |
| 22 | State of Michigan | $71.55 | $0.34 | $71.21 | 1.64 | $1.17 |
| 23 | State of Michigan | $450.00 | $2.17 | $447.83 | 1.63 | $7.32 |
| 24 | Lakes Community Credit Union | $1,191.05 | $5.73 | $1,185.32 | 1.63 | $19.38 |
| 25 | Lake Trust Community Credit Union | $5,173.35 | $24.89 | $5,148.46 | 1.63 | $84.17 |
| | Subtotals: | $44,732.27 | $215.23 | | | $727.80 |

Total Paid: $727.80

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

/s/Samuel D. Sweet
Samuel D. Sweet
P. O. Box 757
Ortonville, MI 48462-0757
Phone: (248) 236-0985
E-mail: ssweet@trusteesweet.us

Dated: 03/27/2013